

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | February 11, 2020 |
| | |
| U.S. v. Tina Hardin | |
| 8:20MJ69 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT | AUSA Sean P. Lynch |
| DISTRICT OF NEBRASKA | |

Be advised that the above named Defendant is now in custody.   You may now unseal as follows,

pursuant to Fed. R. Crim. P. 6(e)(4):

☐       Unseal the Indictment and any underlying Magistrate Case

☒       Unseal the Magistrate Case

☐       Unseal the Indictment but the underlying Complaint and Affidavit should remain

      **Restricted**

☐       Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain

      **Restricted**