IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:20MJ69 |
|---|---|---|
| Plaintiff, | ) ) ) | **ENTRY OF APPEARANCE** |
| v. | ) ) | |
| TINA HARDIN, | ) ) ) | |
| Defendant. | | |

Jeffrey L. Thomas hereby enters his appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 11th day of February, 2020.

                              Respectfully submitted,

                              Tina Hardin, Defendant,

                              By /s/ Jeffrey L. Thomas
                                  Jeffrey L. Thomas, #18411
                                  Attorney for Defendant
                                  First Assistant Federal Public Defender
                                  222 South 15th Street, #300N
                                  Omaha, NE 68102
                                  Telephone: (402) 221-7896
                                  Fax: (402) 221-7884
                                  E-Mail: jeff_thomas@fd.org