FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 FEB 19 PM 1:10

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TINA HARDIN,<br><br>    Defendant. | 8:20CR71<br><br>INDICTMENT<br>18 U.S.C. § 115(a)(1)(B) & (b)(4) |

The Grand Jury charges that

## COUNT I

On or about January 28, 2020, in the District of Nebraska, the defendant, TINA HARDIN, did threaten to assault and murder Victim 1, Victim 2, and Victim 3, all employees of the Veterans Affairs ("VA") Hospital, an agency of the United States, in Omaha, Nebraska whose killings would be a crime under 18 U.S.C. § 1114, to wit: TINA HARDIN, a VA Hospital shuttle driver stated that she planned to gather her weapons which she described as an Uzi, an AR-15, a sawed off shotgun, and a Glock 9mm handgun and to drive to the VA Hospital in Omaha, Nebraska on January 29, 2020, and shoot and kill Victim 1 and Victim 2, dispatchers for the VA shuttle service, and then continue to Victim 3's office, a Veteran Transportation Service Mobility Manager, to shoot and kill him, with the intent to impede, intimidate, and interfere with such official while they were engaged in the performance of their official duties, and with the intent to retaliate against such officials on account of the performance of their official duties, to wit: negative performance reviews and write-ups.

In violation of Title 18, United States Code, Section 115(a)(1)(B) & (b)(4).

A TRUE BILL.

1

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
SEAN P. LYNCH, #25275
Assistant U.S. Attorney