IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:20CR71 |
| vs. | ORDER |
| TINA HARDIN, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Jeffrey L. Thomas to withdraw as counsel for the defendant, Tina Hardin (Filing No. 26). James M. Davis has filed an entry of appearance as retained counsel for Tina Hardin. Therefore, Jeffrey L. Thomas's motion to withdraw (Filing No. 26) will be granted.

Jeffrey L. Thomas shall forthwith provide James M. Davis any discovery materials provided to the defendant by the government and any such other materials obtained by Jeffrey L. Thomas which are material to Tina Hardin's defense.

The clerk shall provide a copy of this order to James M. Davis and the defendant.

**IT IS SO ORDERED.**

Dated this 9th day of March, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge